# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BRYAN MARINELARENA,

    Petitioner,

vs.                                        No. CV 16-01363 KG/SCY
                                              No. CR 15-02783 JGC

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

**THIS MATTER** having come before the Court on the Petition to Reconsider Petitioner's Sentence in Pursuant to Title 18 U.S.C. § 2553(a)(6) and in Light of the New Fast Track Program and the Second Chance Act in Pursuant to Title 18 U.S.C. § 3621(a) In Conjunction With Title 18 U.S.C. § 3624(c)(1)(2)(3)(4)(5) filed by Petitioner Bryan Marinelarena on December 9, 2016 (CV Doc. 1; CR Doc. 54) and the Court having entered its Memorandum Opinion and Order of Dismissal dismissing this case for lack of jurisdiction,

**IT IS ORDERED** that the Petition to Reconsider Petitioner's Sentence in Pursuant to Title 18 U.S.C. § 2553(a)(6) and in Light of the New Fast Track Program and the Second Chance Act in Pursuant to Title 18 U.S.C. § 3621(a) In Conjunction With Title 18 U.S.C. § 3624(c)(1)(2)(3)(4)(5) filed by Petitioner Bryan Marinelarena on December 9, 2016 (CV Doc. 1; CR Doc. 54) is **DISMISSED** for lack of jurisdiction.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE